CR96C❦ AO 470 (Rev. 12/03) Order of Temporary Detention

FILED
IN OPEN COURT
APR 1 0 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| V. | Case No. 4:25cr22 |
| Isaiah Luke Hood *Defendant* | |

Upon motion of the _____ United States _____ detention hearing is set for __4/14/25__ * at __2:00 pm__
                                    Date                                           Time

before __United States Magistrate Judge Miller__
              Name of Judicial Officer

__Newport News, Virginia__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____
                                                                                          Other Custodial Official

Date: __4/10/25__                                          _____[signature]_____
                                                                        Judge

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.