# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>Isaiah Luke Hood<br>a/k/a "Bristol"<br>a/k/a "Wyatt"<br>a/k/a "Levi"<br><br>*Defendant* | )<br>)<br>) Case No. 4:25cr22<br>) FJD: 11790254<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Isaiah Luke Hood a/k/a "Bristol" a/k/a "Wyatt" a/k/a "Levi",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Original Offense: T.18:2251(a) - Production of Child Pornography

Date: 04/09/2025

*Issuing officer's signature*

City and state: Newport News, VA          Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9 Apr 25, and the person was arrested on *(date)* 10 Apr 25
at *(city and state)* JBLE, Eustis VA 23604.

Date: 10/Apr/25

*Arresting officer's signature*

SA Daniel Lucy, Special Agent DACID
*Printed name and title*